# UNITED STATES DISTRICT COURT
### for the
### District of Arizona

DOB 11-22-16

ORIGINAL

| | |
|---|---|
| United States of America<br>v.<br>Erick Arturo Chacon-Vallecillo,<br>A202 069 649<br>*Defendant* | )<br>)<br>) Case No. 16-9447 MJ<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of November 22, 2016, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), a felony, and Title 8, U.S.C. § 1325(a)(2), a class B misdemeanor, an offense described as follows:

**See Attachment A Incorporated By Reference Herein**

I further state that I am a Border Patrol Agent with U.S. Customs and Border Protection.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

CEB
REVIEWED BY: Charles E. Bailey, P.S. for AUSA Cassie Bray Woo

☒ Continued on the attached sheet.

SCANNED

*Complainant's signature*
Ramon L. Rivera
U.S. Border Patrol Agent
*Printed name and title*

Reviewed, approved, and signed in person.

Date: November 23, 2016

*Judge's signature*

Eileen S. Willett
United States Magistrate Judge
*Printed name and title*

City and state: Phoenix, Arizona

## ATTACHMENT A

### Count 1

On or about November 22, 2016, Erick Arturo Chacon-Vallecillo, an alien, was found in the United States of America at or near Gila Bend, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Phoenix, Arizona, on or about October 3, 2016, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), a felony.

### Count 2

On or about November 22, 2016, at or near Gila Bend, in the District of Arizona, Erick Arturo Chacon-Vallecillo, an alien, did elude the examination or inspection by immigration officers in violation of Title 8, United States Code, Section 1325(a)(2), a class B misdemeanor.

## STATEMENT OF PROBABLE CAUSE

I, Ramon L. Rivera, being duly sworn, hereby depose and state as follows:

1. Your affiant is a United States Border Patrol Agent. I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On November 22, 2016, Border Patrol Agent Angel Rodriguez encountered an individual near Gila Bend, in the District of Arizona. The agent identified himself as a Border Patrol agent and performed an immigration inspection on the individual. The individual, later identified as Erick Arturo Chacon-Vallecillo, admitted to being a citizen and national of a country other than the United States, unlawfully present in the United States. Chacon-Vallecillo was transported to the Ajo Border Patrol Station for further processing. Chacon-Vallecillo was held in administrative custody until his identity could be confirmed along with his immigration and criminal history.

3. Immigration history checks revealed Erick Arturo Chacon-Vallecillo to be a citizen of Honduras and a previously deported alien. Chacon-Vallecillo was removed from the United States to Honduras through Phoenix, Arizona, on or about October 3, 2016, pursuant to a removal order issued by an immigration official. There is no record of Erick Arturo Chacon-Vallecillo in any Department of Homeland Security database to

suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal.

4. Furthermore, there is no record of Erick Arturo Chacon-Vallecillo in any Department of Homeland Security database to suggest that after his last removal from the United States he entered the United States at an official Port of Entry. Had Chacon-Vallecillo presented himself at a Port of Entry, Department of Homeland Security records likely would reveal that information. Accordingly, your affiant believes that Chacon-Vallecillo entered the United States at a location not designated as an official Port of Entry, and thereby eluded examination and inspection by Immigration Officers of the United States. Chacon-Vallecillo's immigration history was matched to him by electronic fingerprint comparison.

5. On November 22, 2016, Erick Arturo Chacon-Vallecillo was advised of his constitutional rights. Chacon-Vallecillo freely and willingly acknowledged his rights and agreed to answer questions or provide a statement under oath. Chacon-Vallecillo stated that his true and correct name is Erick Arturo Chacon-Vallecillo and that he a citizen of Honduras. Chacon-Vallecillo stated that he entered the United States illegally by walking through the desert near Lukeville, Arizona.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about November 22, 2016, Erick Arturo Chacon-Vallecillo, an alien, was found in the

United States of America at or near Gila Bend, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Phoenix, Arizona, on or about October 3, 2016, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), a felony, and on or about November 22, 2016, at or near Gila Bend, in the District of Arizona, Erick Arturo Chacon-Vallecillo, an alien, did elude the examination or inspection by immigration officers in violation of Title 8, United States Code, Section 1325(a)(2), a class B misdemeanor.

_____
Ramon L. Rivera
United States Border Patrol Agent

Sworn to and subscribed before me
this 23rd day of November, 2016.

_____
Eileen S. Willett
United States Magistrate Judge